JEFFERSON TRUST COMPANY, complainant-respondent,

*v.*

HARRY BALK et al., defendants-appellants.

[Decided January 22d, 1937.]

*Mr. Edward Stover,* for the appellants.

*Messrs. Gaede & Gaede,* for the respondent.

PER CURIAM.

The order appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Kays.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, CASE, BODINE, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, COLE, JJ.   13.

*For reversal*—None.